BUCHALTER
A Professional Corporation
BRADLEY THORESON (WA SBN: 18190)
(*Pro Hac Vice* admission pending)
US Bank Center
1420 Fifth Avenue Suite 3100
Seattle, Washington 98101
Telephone: 213.891.0700
Email: bthoreson@buchalter.com

BUCHALTER
A Professional Corporation
ROBERT S. MCWHORTER (SBN: 226186)
JARRETT OSBORNE-REVIS (SBN: 289193)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email: rmcwhorter@buchalter.com
        josbornerevis@buchalter.com

Attorneys for Defendant
COLE LA RIVERSIDE CA, LP

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC (formerly known as L.A. Fitness International, LLC) a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>COLE LA RIVERSIDE CA, LP, a Delaware limited partnership (successor-in-interest to Westminster Arlington, LLC, a California limited liability company), and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:21−cv−00884 ODW (SPx)<br><br>**STIPULATION TO REMAND CASE TO STATE COURT**<br><br>**[NO HEARING REQUIRED]**<br><br>(Riverside County Superior Court Case No. CVRI2101805)<br><br>Complaint filed: April 21, 2021<br>Removal Date: May 21, 2021 |

     Plaintiff Fitness International, LLC ("Plaintiff") and Defendant Cole LA Riverside CA, LP ("Defendant") (collectively, "Parties") hereby stipulate:

1. On April 21, 2021, Plaintiff filed its Complaint (the "Complaint") against Defendant in the Superior Court for the State of California, County of Riverside (the "State Court"), commencing *Fitness International, LLC v. Cole LA Riverside CA, LP*, Case No. CVRI2101805.

2. On May 21, 2021, Defendant removed this matter to this Court based upon diversity jurisdiction. Defendant removed based upon the Declaration of Diann D. Alexander, Plaintiff's Director of Lease Administration, Real Estate Counsel, filed on May 13, 2020, in the U.S. District Court for the Southern District of Florida, Miami Division, which identify the three then existing members of Plaintiff, none of which were citizens of Maryland for diversity jurisdiction purposes. Defendant is a citizen of Maryland for diversity jurisdiction purposes.

3. On May 24, 2021, Plaintiff informed Defendant that since May 13, 2020, Plaintiff added two additional members, one of which is a citizen of Maryland for purposes of diversity jurisdiction. On May 26, 2021, Plaintiff supplied Defendant with a second Declaration of Diann D. Alexander, affirming this fact.

4. The Parties met and conferred and agree that this action should be remanded to the State Court because there is no diversity of citizenship between the parties.

5. The Parties respectively request that this Court enter an order (i) immediately remanding this case to the State Court, with each Party bearing their own attorneys' fees and costs under 28 U.S.C. § 1447(c), (ii) taking off calendar all matters currently scheduled in this federal action, and (iii) extending the deadline to file an answer or other responsive pleading from May 28, 2021, pursuant to Rule 81 of the Federal Rules of Civil Procedure, to June 4, 2021, to allow time for the remand to the State Court to be effectuated.

6. Nothing in this Stipulation shall act as a waiver or release of any rights, claims, or defenses of any of the Parties in this matter. The Parties each expressly reserve all such rights, claims and/or defenses.

**IT IS SO STIPULATED.**

DATED: May 27, 2021         DORSEY & WHITNEY LLP

By: _____
      BRYAN M. MCGARRY

Attorneys for Plaintiff
FITNESS INTERNATIONAL, LLC

DATED: May 27, 2021         BUCHALTER
                            A Professional Corporation

By: _____
      ROBERT S. MCWHORTER

Attorneys for Defendant
COLE LA RIVERSIDE CA, LP